UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
IN ADMIRALTY

| | | |
|---|---|---|
| COREY L. SINGLETON | * | CIVIL ACTION NO: |
| | * | |
| VERSUS | * | |
| | * | |
| SOUTHERN DREDGING CO, INC. | * | |
| | * | |

*****************************************************************************

**SEAMAN'S COMPLAINT FOR DAMAGES**

The Complaint of **COREY L. SINGLETON,** a person of the full age of majority, with respect represents:

**I.**

Defendant, **SOUTHERN DREDGING CO. INC.**, (hereinafter "**SOUTHERN DREDGING CO. INC.**") a South Carolina corporation doing business within the State of South Carolina and within the jurisdiction of this Honorable Court, is indebted unto plaintiff for all damages to which he is entitled to receive as prayed for herein, together with legal interest thereon from date of judicial demand until paid and for all costs of these proceedings for the following, non-exclusive, acts of negligence, as more specifically set forth below.

**II.**

This is an admiralty and maritime claim within the meaning of Rule 9(h) of the Federal Rules of Civil Procedure. Plaintiff invokes the subject matter jurisdiction of this Honorable Court under 28 U.S.C. §1333 and requests a bench trial. Plaintiff also invokes the subject matter jurisdiction of this Court pursuant to the Merchant Marine Act of 1920, commonly known as the Jones Act, 46 U.S.C. §30104, *et. seq.* and the general maritime law of U.S.

**III.**

On or about February 20, 2026, **COREY L. SINGLETON** was employed by **SOUTHERN DREDGING CO. INC.** as a Jones Act Seaman aboard the DREDGE BRUNSWICK on the navigable waters of the U.S..

**IV.**

At all pertinent times hereto **SOUTHERN DREDGING CO. INC.** owned, operated and/or controlled the DREDGE BRUNSWICK which was at all pertinent times a vessel in navigation.

**V.**

In his capacity as a seaman, **COREY L. SINGLETON** contributed to the mission and function of DREDGE BRUNSWICK and other vessels operated by his employer.

**VI.**

In his capacity as a seaman, **COREY L. SINGLETON** was essentially permanently connected to a vessel or an identifiable fleet of vessels owned and or operated by the Defendant.

**VII.**

On or about February 20, 2026, Plaintiff **COREY L. SINGLETON** was assisting the welder in repairs, and was electrocuted in this process, which has resulted in serious and painful injuries to his eyes, cardiovascular system, neck, kidneys, nervous system and other parts of his body while employed by **SOUTHERN DREDGING CO. INC.**

**VIII.**

**FIRST CAUSE OF ACTION**

**JONES ACT NELIGENCE**

On information and belief, Plaintiff alleges that the sole and proximate cause of the above-described accident was the negligence of **SOUTHERN DREDGING CO. INC.** in the following,

non-exclusive respects:

1. Breach of a legally imposed duty of reasonable care owed by Defendant to Plaintiff;

2. Failure to provide a reasonably safe place to work;

3. Failure to properly train and supervise Plaintiff;

4. Failure to take any means or precautions for the safety of Defendant's employees, including Plaintiff;

5. Creation and maintenance of an unseaworthy vessel;

6. Failure to provide minimum safety requirements;

7. Failure to provide adequate equipment for the job in question;

8. Failure to provide adequate personnel for the job in question;

9. Other acts of negligence and unseaworthiness which will be shown at the trial of this matter.

**IX.**

As a direct result of the negligence of Defendant, **COREY L. SINGLETON** is entitled to recover from Defendant reasonable and just compensatory, special and general damages as prayed for herein and to be awarded by this Honorable Court in the following non-exclusive respects:

1. Past, present and future physical, mental and emotional pain and suffering;

2. Past, present and future loss of wages, fringe benefits and wage-earning capacity;

3. Past and future physical disability;

4. Past, present and future medical expenses; and

5. All other special and general damages as will be shown at the trial of this matter.

**X.**

At and before the time of the incident, SOUTHERN DREDGING CO. INC. owed to

COREY L. SINGLETON an absolute and non-delegable duty to provide him with a vessel which was in all respects seaworthy.

**XI.**

DREDGE BRUNSWICK AND the fleet of vessel associated with it, and the methods, practices, and procedures relating to its operation, were unseaworthy in the following respects:

1. the vessel did not have proper procedures for welding and making sure Corey Singleton was not electrocuted.
2. the vessel did not have a safe place for Corey L. Singleton to work;
3. the vessel did not have safe welding equipment to permit Corey L. Singleton to safely work on it;
4. allowing the vessel to use an unsafe welding practices and equipment; and
5. other conditions of unseaworthiness which will appear more fully at the trial of this cause.

**XII.**

The above-described unseaworthiness caused and/or played a substantial part in causing the injuries described above, and the injuries were either a direct result or a reasonably probable consequence of the unseaworthiness.

**XIII.**

Alternatively, the above-described conditions of unseaworthiness concurred with the above-described act(s) of Jones Act negligence and/or the aforementioned general maritime law negligence as the proximate cause of Plaintiff's injuries.

**XIV.**

As a direct result of the above-described unseaworthiness, COREY L. SINGLETON is

entitled to recover from Defendant reasonable and just compensatory, special and general damages as prayed for herein and to be awarded by this Honorable Court in the following non-exclusive respects:

1. Past, present and future physical, mental and emotional pain and suffering;
2. Past, present and future loss of wages, fringe benefits and wage-earning capacity;
3. Past and future physical disability;
4. Past, present and future medical expenses; and
5. All other special and general damages as will be shown at the trial of this matter.

**XV.**

Pursuant to the General Maritime Law of the United States of America, **SOUTHERN DREDGING CO. INC.** had and continues to have the absolute and nondelegable duty to provide Plaintiff with maintenance and cure benefits from the date that he was rendered unfit for duty until maximum cure is achieved.

**XVI.**

As a result of the aforementioned accident, Plaintiff was rendered unfit for duty and presently remains unfit and incapable of returning to duty as a seaman.

**XVII.**

Therefore, Plaintiff prays for the payment of past, present and future adequate maintenance benefits as well as past, present and future payment of any and all cure benefits to which Plaintiff is entitled. Should Defendant **SOUTHERN DREDGING CO. INC.** fail to honor its maintenance and cure obligation, Plaintiff is entitled to attorney’s fees, punitive damages and an additional compensatory award for any acts of negligence on the part of Defendant which would result in a deterioration of Plaintiff’s medical condition.

**XVIII.**

Plaintiff specifically alleges a claim for punitive damages against Defendant herein based upon General Maritime Law, as it relates to any arbitrary and/or unreasonable failure of defendant to pay maintenance and cure benefits.

**WHEREFORE,** Plaintiff prays that Defendant **SOUTHERN DREDGING CO. INC.** be duly cited to appear and answer this Complaint and after the legal delays and due proceedings had, there be Judgment herein in favor of Plaintiff, **COREY L. SINGLETON** and against Defendant, **SOUTHERN DREDGING CO. INC.** for all damages to which Plaintiff is entitled to recover for the reasons set forth herein, together with legal interest thereon from date of judicial demand until paid, for payment of all costs, including expert fees, and for all other general and equitable relief.

**FURTHERMORE**, Plaintiff prays that Defendant, **SOUTHERN DREDGING CO. INC.** be cast in judgment in favor of Plaintiff for past, present and future adequate maintenance benefits as well as past, present and future payment of any and all cure benefits to which Plaintiff is entitled by law and penalties and additional damages if applicable.

Respectfully Submitted,

BLUESTEIN LAW FIRM, P.A.

By: s / S. Scott Bluestein
S. Scott Bluestein / Federal Id No. 6891
266 W Coleman Blvd., Suite 103
Mount Pleasant, SC 29464
Post Office Box 22253
Charleston, SC 29413-2253
Telephone: 843-577-3092
Facsimile: 843-577-3093
Email: scott@boatinglaw.us

AND

TO BE ADMITTED PRO HAC VICE

TIMOTHY J. YOUNG (22677)
TAMMY D. HARRIS (29896)
MEGAN C. MISKO (29803)
**THE YOUNG FIRM**
400 Poydras Street, Suite 2090
New Orleans, LA 70130
Telephone: (504) 680-4100
Facsimile: (504) 680-4101
tjy@theyoungfirm.com
tdh@theyoungfirm.com
mcm@theyoungfirm.com

October 12, 2026